

Opinions of the United
States Court of Appeals
for the Third Circuit

5-8-1996

# Young v. Vaughn

Precedential or Non-Precedential:

Docket 95-1561

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Young v. Vaughn" (1996). *1996 Decisions.* Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 95-1561
_____


WALTER WASHINGTON YOUNG
                    Appellant
              v.

DONALD T. VAUGHN; THE ATTORNEY GENERAL
      OF THE STATE OF PENNSYLVANIA;
THE DISTRICT ATTORNEY FOR PHILADELPHIA COUNTY
                    Appellees

_____

On Appeal from the United States District Court
   for the Eastern District of Pennsylvania
       D.C. Civil Action No. 95-cv-01039

          Argued: March 18, 1996

Present:  Becker, McKee and McKay*, Circuit Judges


**ORDER AMENDING OPINION**

     The opinion in the above-captioned case dated May 7, 1996 is amended as follows:

     The file date which is incorrectly printed on the opinion as May 7, 1996 is changed to reflect the correct file date which is May 8, 1996.


                              By The Court:

                               /s/ Edward R. Becker
                              Edward R. Becker
                              Circuit Judge

Dated: May 8, 1996

*The Honorable Monroe G. McKay, Judge of the Court of Appeals for the Tenth Circuit, sitting by designation.